**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Adam Herberlie, | ) | Case No. 4:07-cv-068 |
| | ) | |
| Defendant. | ) | |

Defendant's initial appearance and arraignment are scheduled for Friday, September 14, 2007, at 12:00 p.m. CDT (or 10:00 a.m. MST) in Bismarck, North Dakota. Defendant will appear via video from the Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St., Suite 130, SPC, Phoenix, Arizona. Defendant should report to the Clerk's office at least ten (10) minutes in advance of his hearing.

**IT IS SO ORDERED.**

Dated this 23rd day of August, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge